James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, | Case No.: 3:15-cv-05537-LB |
| Plaintiff, | |
| v. | SUPPLEMENTAL BRIEF |
| **DOE-50.76.49.97** | |
| Defendant. | |

    Plaintiff requests the Court approve the questions submitted at ECF No. 20. In reviewing the documents submitted at ECF No. 17-3, the caption contained an error in the IP address. The IP address 50.76.**46**.97 was used. The correct IP address 50.76.49.97 was reflected in ECF No. 20. Plaintiff requested the Court to withdraw the incorrect document and rule on ECF No.20 containing the proper IP address.

    /s/James S. Davis

    James S. Davis CALBAR NO.207963
    Jamesdee3080@msn.com
    619-934-4600
    Of attorneys for the plaintiff

SUPPLEMENTAL BRIEF ON PLAINTIFF'S EX PARTE MOTION TO EXPEDITE DISCOVERY    1