UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dallas Buyer's Club, LLC
                Plaintiff(s)

   v.

Ryan Underwood
                Defendant(s).

Case No. 3:15-cv-05537-LB

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _June 17, 2016

NAME: Nicholas Ranallo

COUNSEL FOR (OR "PRO SE"): Defendant Ryan Underwood

/s/ Nicholas Ranallo

*Signature*