# Exhibit I

Case 3:15-cv-05957-LB    Document 42-11    Filed 07/14/16    Page 2 of 2
















