# Exhibit J

DARE TO LIVE
Texas cowboy Ron Woodroof, whose free-wheeling life was overturned in 1985 when he was diagnosed as HIV-positive and given 30 days to live. These were the early days of the AIDS epidemic, and the U.S. was divided over how to combat the virus. Ron, now shunned and ostracized by many of his old friends, and bereft of government approved effective medicines, decided to take matters in his own hands, tracking down alternative treatments from all over the world by means both legal and illegal. Bypassing the establishment, the entrepreneurial Woodroof joined forces with an unlikely band of renegades and outcasts - who he once would have shunned - and established a hugely successful "buyers' club."
SPECIAL FEATURES
• Widescreen Version Enhanced For 16x9 • Exclusive Featurette • Photo Gallery
• Scene Selections • Trailers • Commentary with Director • Exclusive Crew Interviews
DallasBuyersClub.com Facebook.com/DallasBuyersClub
NOT AUTHORIZED FOR SALE OR RENTAL OUTSIDE THE USA AND CANADA.
VOLTAGE PICTURES FOCUS FEATURES TRUTH ENTERTAINMENT R2 FILMS EVOLUTION INDEPENDENT
www.covercity.net
DUAL-LAYER FORMAT
RESTRICTED
Bonus Material/Trailer Not Rated.
Color/117 Mins.
DIGITAL COPY ALSO INCLUDED. Download the film to your favorite portable player!
DALLAS BUYERS CLUB
00666
MATTHEW McCONAUGHEY
DALLAS BUYERS CLUB
DARE TO LIVE
JENNIFER GARNER AND JARED LETO
INSPIRED BY TRUE EVENTS

DallasBuyersClub.com Facebook.com/DallasBuyersClub

**NOT AUTHORIZED FOR SALE OR RENTAL OUTSIDE THE USA AND CANADA.** The unauthorized reproduction or distribution of this copyrighted wo infringement without monetary gain, is investigated by the FBI and is punishable by up to 5 years in federal prison and a fine of $250,000.

**VOLTAGE PICTURES FOCUS FEATURES TRUTH ENTERTAINMENT R2 FILMS EVOLUTION INDEPEND**

*Dallas Buyers Club* © 2013, Package Design ex666/CoverCity.net © 2013 Focus Features & Voltage Pictures. Distributed by Focus Features, Inc. All rig Santa Monica, California 90404. www.focusdvd.com. Printed in U.S.A.

**WIDESCREEN VERSION** PRESENTED IN A "LETTERBOX" WIDESCREEN FORMAT PRESERVING THE "SCOPE" ASPECT RATIO OF ITS ORIGINAL THEATR

**Compatible with Apple iTunes/Video iPod/iPhone/iPad or Windows PlaysForSure-compatible PC or portable media player. Internet connection and Serial number that permits transfer of Digital Copy may expire two years after purchase date. Visit www.lionsgatedigitalcopy.com for more information an devices, iTunes account and Digital Copy activation required, use subject to iTunes Terms of Service http://www.apple.com/legal/itunes/ww/ Must be

**DUAL-LAYER FORMAT**

"Dolby" and the double-D s

Bonus Material/Trailer Not Rated.

THIS DVD IS COPY PROTECTED AND MAY BE PLAYED ONLY ON LICENSED DEVICES

30% POST-CONSUMER RECYCLED CONTENT

**DIGITAL COPY ALSO INCLUDED. Download the film to your fa**





