Nicholas Ranallo, Attorney at Law #275016
2443 Fillmore Street #380-7508
San Francisco, CA 94115
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Ryan Underwood

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>RYAN UNDERWOOD<br><br>　　　Defendant | Case No. 3:15-cv-05537-LB<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Civil L.R. 3-15, as of this date, Defendant has no such interest to report other than Defendant's family members that may be indirectly affected pursuant to California laws regarding community property and/or succession.

DATED: July 14, 2016                    NICHOLAS RANALLO, ATTORNEY AT LAW


By: _____/s/ Nicholas Ranallo_____
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Defendant
2443 Fillmore St. #380-7508
San Francisco, CA 94115
(831) 607-9229
nick@ranallolawoffice.com