James S. Davis CALBAR NO.207963
Email:  Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company<br><br>         Plaintiff,<br>v.<br><br>**RYAN UNDERWOOD,**<br><br>         Defendant. | Case No.:  3:15-cv-05537-LB<br><br><br>JOINT STIPULATED DISMISSAL |

All parties jointly dismiss this matter with prejudice. Each side shall bear its own costs and fees.

DATED:   September 20, 2016.


_____/s/ Nicholas Ranallo__          _s/James S. Davis_____
Nicholas Ranallo                         James S. Davis CALBAR NO.207963
2443 Fillmore Street, #380-7508          730 Broadway, Suite 102
San Francisco, CA                        Chula Vista CA 91910


JOINT STIPULATED DISMISSAL                                                       1